**Jacob Ginsburg, Esq.**
Jacob Ginsburg, Esq. PLLC
One Concord Drive
Monsey, New York 10952
_____
Telephone (845) 371-1914

> Application granted.
>
> **SO ORDERED.**
>
> August 27, 2020
> New York, NY    /s/ John G. Koeltl
>                     John G. Koeltl
>                        U.S.D.J.

August 26, 2020

Hon. John G. Koeltl, USDJ
US Courthouse, SDNY
500 Pearl St.
New York, NY 10007-1312

Re:  <u>Appellants Czin, et al. v. Appellees Aurora Commercial Corp., et al.(1:20-cv-04719-JGK)</u>

Dear Judge Koeltl:

I represent Appellants in the above Appeal.  I write to respectfully request a seven day extension through/including September 8, 2020 to file Appellants' Brief and Appendix/Record on Appeal (i.e. perfect the appeal).  Appellants' Brief and Appendix/Record on Appeal are currently due on August 31, 2020.

As per I.E of your Individual Practices:  (1) the original perfection due date was July 20, 2020; (2) one prior Appellants' request (3) granted through August 19, 2020 (ECF #4); (3)(a) Upon transfer of the Record below the Bankruptcy Appeals Clerk on the ECF Docket identified August 31, 2020 as the new due date for Appellant's Brief;  upon my August 13, 2020 letter inquiry, on August 14, 2020 (ECF #8) you confirmed/Ordered August 31, 2020 as the new due date; (3) Adversary Counsel for Appellees has consented (in what he termed a final consent) to the requested seven day extension through/including September 8, 2020.

I am a sole practitioner, and am requesting a seven day adjournment on consent due to the press of unanticipated motion practice in <u>Weisner v. Google, et al</u> (Case No.: 20-cv-02862-AKH) where I represent Plaintiff. As a result, with the exercise of reasonable diligence I have been unable to perfect the within appeal and am therefore requesting a seven day extension of time to do so.

Therefore, good cause appearing, I respectfully request a seven day extension through and including Tuesday, September 8, 2020 to file and serve Appellants' Brief and Appendix/Record on Appeal in the above matter.

Respectfully submitted,
<u>/s/ Jacob Ginsburg     </u>
Jacob Ginsburg, Esq.
cc:  Counsel for  Appellees via ECF