**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE: AURORA COMMERCIAL CORP,
ET AL.,                                                                                    20 **CIVIL** 4719 (JGK)

**JUDGMENT**
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 26, 2021, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The order of the bankruptcy court is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
April 27, 2021

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**        K. Mango
_____
**Deputy Clerk**